**Order entered November 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00416-CV**

**IN RE SCOTT FISHER AND KRISTI FISHER, Relators**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00653-2011**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Before the Court is relators' June 4, 2021 petition for writ of mandamus. In the petition, relators challenge the trial court's May 26, 2021 order granting real party in interest Christopher Fitzwater's motion to compel turnover. Pursuant to their interlocutory appeals pending under cause number 05-21-00696-CV, relators also challenge the trial court's July 26, 2021 orders (1) denying the emergency motion to vacate the September 25, 2019 order appointing Fitzwater as receiver and (2) granting the joint motion to strike the emergency motion to vacate. We conclude that these proceedings should be decided together.

Accordingly, on the Court's own motion, we **ORDER** cause number 05-21-00416-CV **CONSOLIDATED** into cause number 05-21-00696-CV. We **DIRECT** the Clerk of this Court to remove all documents from cause number 05-21-00416-CV and refile them in cause number 05-21-00696-CV and to treat cause number 05-21-00416-CV as a closed case. We **ORDER** that all future filings bear only cause number 05-21-00696-CV.

We request that the real parties file a response to relators' petition for writ of mandamus on or before **December 1, 2021**. We also **EXTEND** the deadline for appellees' brief to **December 1, 2021.** All other current deadlines in cause number 05-21-00696-CV shall remain in place. The real parties may include the response within their appellees' brief or file the response as a separate brief in accordance with Texas Rule of Appellate Procedure 52.4. TEX. R. APP. P. 52.4. In accordance with this consolidation order, that response should be filed in cause number 05-21-00696-CV.

Further, based on our review, the mandamus record is not adequately sworn or certified under Texas Rule of Appellate Procedure 52. TEX. R. APP. P. 52.7(A)(1) (record); *see* TEX. R. APP. P. 52.3(k)(1)(A) (appendix); *In re Hughes*, 607 S.W.3d 136, 138 n.2 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding) (noting that to qualify as sworn under Rule 52, relator must attach documents to affidavit or unsworn declaration conforming to section 132.001 of

the Texas Civil Practice and Remedies Code). We accordingly **DIRECT** relators to file, by **November 9, 2021**, a sworn or certified copy of the mandamus record in cause number 05-21-00696-CV. We caution relator that failure to file a properly authenticated record by this deadline may result in the denial of this original proceeding for non-compliance with Texas Rule of Appellate Procedure 52.

We **DIRECT** the Clerk of this Court to send a copy of this order to all parties, the trial judge, and the Dallas District Court Clerk.

/s/    ERIN A. NOWELL
        JUSTICE